Electric Motor and Repair Company v. David S. Grey.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Nachman Kirsner v. The State Bank.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Philip Kronfeld v. Meyer Natelson.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Charles Greenberg v. National Fire Insurance Company of Hartford.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Israel Shapiro and Others v. Abraham Epstein and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York v. Rocco Carnavalle.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Morris Dangler, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Rufus L. Scott, Jr., an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

---

## Second Department, May, 1921.*

The People of the State of New York ex rel. Henry Hirschberg, Relator, v. Board of Supervisors of Orange County, Respondent.— Motion granted and order signed. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

---

* For other decisions of this term see 196 App. Div. p. 970.— [Rep.